IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR138 |
| | ) | |
| v. | ) | |
| | ) | |
| ROGELIO PEDRO-JUAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's "final notice of appeals pursuant to 18 § 3742" (Filing No. 27), filed August 22, 2011. The judgment in a criminal case (Filing No. 24) was filed October 15, 2010. No timely appeal was taken, and the thirty-day period for extension of time for excusable neglect or good cause has long since expired.

In addition, the plea agreement provides:

> 3(d). By his signature on this document and the entry of the guilty plea in this case, the defendant waives his right to appeal to the Eighth Circuit Court of Appeals, any aspect of this case or the deportation/removal matter.

Accordingly,

IT IS ORDERED that defendant is not permitted to proceed on appeal *in forma pauperis*.  No certificate of appealability will issue.

DATED this 31st day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court